**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| DEMARQUS D SENNET | CIVIL ACTION NO. 17-1185-P |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| ST MARTIN PARISH CORRECTIONAL FACILITY, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's Civil Rights Complaint be **DISMISSED WITH PREJUDICE** as prescribed, frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §1915.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 10th day of July, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT